CAUSE NO. 2021-73071

| | | |
|---|---|---|
| GENSETIX, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS SYSTEM; | § | |
| THE UNIVERSITY OF TEXAS | § | |
| SYSTEM; and THE UNIVERSITY OF | § | |
| TEXAS M.D. ANDERSON CANCER | § | |
| CENTER, | § | 152nd JUDICIAL DISTRICT |
| *Defendants.* | § | |

## NOTICE OF INTERLOCUTORY APPEAL

Defendants The Board of Regents of The University of Texas System ("Board of Regents"), The University of Texas System ("UTS"), and The University of Texas M.D. Anderson Cancer Center ("MD Anderson") desire to appeal from the Order Denying Defendants' Plea to the Jurisdiction signed by Judge Robert Schaffer on January 14, 2025. Defendants appeal to the Fifteenth Court of Appeals. Defendants have not previously filed a related appeal or original proceeding in this matter in the Fifteenth Court of Appeals.

The court of appeals has jurisdiction over this interlocutory appeal pursuant to Texas Civil Practice and Remedies Code 51.014(a)(8), because Defendants are governmental units appealing an order denying their pleas to the jurisdiction. The appeal of this case is an accelerated appeal.

1

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ David E. Harrell*
**David E. Harrell, Jr.**
State Bar No. 00793905
David.Harrell@troutman.com
**Deanna Markowitz Willson**
State Bar No. 24092759
Deanna.Willson@troutman.com
**Chris Dove**
State Bar No. 24032138
Chris.Dove@troutman.com
**Monika A. Dziemianczuk**
State Bar No. 24116311
Monika.Dziemianczuk@troutman.com
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1138
Facsimile: (713) 229-2633

**OFFICE OF THE ATTORNEY GENERAL**
**Alyssa Bixby-Lawson**
Assistant Attorney General
Texas State Bar No. 24122680
alyssa.bixby-lawson@oag.texas.gov
Tel.: (210) 270-1118
Fax: (512) 477-2348
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol

**ATTORNEYS FOR DEFENDANTS THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, THE UNIVERSITY OF TEXAS SYSTEM, and THE UNIVERSITY OF TEXAS M. D. ANDERSON CANCER CENTER**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 3, 2025, a copy of the foregoing instrument was served on all counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

/s/    *David E. Harrell Jr.*
David E. Harrell Jr.

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christopher Dove on behalf of Christopher Dove
Bar No. 24032138
cdove@lockelord.com
Envelope ID: 96929257
Filing Code Description: Notice of Appeal
Filing Description: Defendants' Notice of Interlocutory Appeal
Status as of 2/4/2025 8:43 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Pigg | | rpigg@txattorneys.com | 2/3/2025 4:41:07 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 2/3/2025 4:41:07 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 2/3/2025 4:41:07 PM | SENT |
| Lionel Sims | | Lsims@txattorneys.com | 2/3/2025 4:41:07 PM | SENT |
| Jennifer Tatum Lee | | jennifer@clands.com | 2/3/2025 4:41:07 PM | SENT |
| Cabrach Connor | | cab@clands.com | 2/3/2025 4:41:07 PM | SENT |
| Sergio Davila | | sergio@clands.com | 2/3/2025 4:41:07 PM | SENT |
| David Harrell | | david.harrell@troutman.com | 2/3/2025 4:41:07 PM | SENT |
| Deanna Willson | | deanna.willson@troutman.com | 2/3/2025 4:41:07 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 2/3/2025 4:41:07 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 2/3/2025 4:41:07 PM | SENT |